FILED & JUDGMENT ENTERED
Steven T. Salata

November 28 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 15-31346 |
| | ) Chapter 7 |
| WILLIAM RUFFIN PEARCE, JR., | ) |
| | ) |
| Debtor. | ) |

**ORDER CONFIRMING FINAL REPORT OF
PUBLIC SALE OF PROPERTY**

Upon Motion of Richard M. Mitchell, Trustee, for authority to sell certain property in the estate, and to incur certain expenses and make certain disbursements, and upon the subsequent Final Report of Public Sale and Motion for Confirmation thereof, and this Court having previously authorized the sale and the proposed disbursements, and it appearing that the public sale was conducted as provided in the Trustee's Motion, and no adverse interest now appearing, objecting or being represented, it is, therefore,

**ORDERED**, that the public sale of the 146+/- acres, found in Deed Book 015107, Page 01858 of the Wake County Registry for a gross sale price of $724,590.00 in which the purchasers paid a buyer's premium of five percent (5%) for the auctioneer, for a total sale price of $760,819.50, be, and it is hereby confirmed; and it is further

**ORDERED**, that the sales to Russell Stevens Moss, Jr., or his assigns, of an approximate 51 acre portion of the Property for $245,000, and to J.D. Goldston, Jr., or his assigns, of an aggregate approximate 95.9 acre portion of the Property for $479,590.00, plus the 5% buyer's premium, be, and they are hereby confirmed.

| | |
|---|---|
| This Order has been signed electronically.  The judge's signature and court's seal appear at the top of the Order. | United States Bankruptcy Court |