## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: PEARCE, WILLIAM RUFFIN, JR | § | Case No. 15-31346-JCW |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 28, 2015.  The undersigned trustee was appointed on August 28, 2015.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of          $          390,150.28

| Funds were disbursed in the following amounts: | |
|---|---|
| Payments made under an interim distribution | 194,431.95 |
| Administrative expenses | 80,412.49 |
| Bank service fees | 1,720.89 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 113,584.95 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

USBA Form 101-7-TFR (05/1/2011)

6.  The deadline for filing  non-governmental claims in this case was 12/29/2015
and the deadline for filing governmental claims was 02/24/2016.  All claims of each class
which will receive a distribution have been examined and any objections to the allowance
of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any
claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is
$13,384.38.  To the extent that additional interest is earned before case closing, the maximum
compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the
sum of $13,384.38, for a total compensation of $13,384.38.[2] In addition, the trustee
received reimbursement for reasonable and necessary expenses in the amount of $0.00
and now requests reimbursement for expenses of $11.36, for total expenses of
$11.36.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the
foregoing report is true and correct.

Date: 06/29/2018            By:/s/Richard M. Mitchell
                              Trustee

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph
may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**USBA Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| **Case Number:** 15-31346-JCW | **Trustee:** (530290) Richard M. Mitchell |
| **Case Name:** PEARCE, WILLIAM RUFFIN, JR | **Filed (f) or Converted (c):** 08/28/15 (f) |
| | **§341(a) Meeting Date:** 09/30/15 |
| **Period Ending:** 06/29/18 | **Claims Bar Date:** 12/29/15 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled Values | 3<br>Est Net Value<br>(Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Admin. (FA)/ Gross Value of Remain. Assets | 7<br>Lien Amount | 8<br>Exempt Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | RESIDENCE: house, Greenway Avenue, Charlotte NC;<br>  Imported from original petition Doc# 8 | 237,165.00 | 0.00 | | 0.00 | FA | 507,556.00 | 0.00 |
| 2 | 25% interest in 150 acre farm, Road, Wake County<br>  Imported from original petition Doc# 8 | 414,813.75 | 371,970.05 | | 380,409.75 | FA | 42,843.70 | 0.00 |
| 3 | cash<br>  Imported from original petition Doc# 8  (See Footnote) | 10.00 | 10.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4 | Wells Fargo checking account no. 6464; joint wit<br>  Imported from original petition Doc# 8  (See Footnote) | 0.01 | 0.01 | | 0.00 | FA | 0.00 | 0.00 |
| 5 | E*Trade checking account no. 3312<br>  Imported from original petition Doc# 8  (See Footnote) | 14.49 | 14.49 | | 0.00 | FA | 0.00 | 0.00 |
| 6 | LIVING ROOM: sofa, 2 chairs, table, drop leaf ta<br>  Imported from original petition Doc# 8 | 192.50 | 0.00 | | 0.00 | FA | 0.00 | 192.50 |
| 7 | DINING ROOM: table, chairs, cabinet, buffet, sco<br>  Imported from original petition Doc# 8 | 197.50 | 0.00 | | 0.00 | FA | 0.00 | 197.50 |
| 8 | FAMILY ROOM/DEN: sofa, cabinet, accessories, TV,<br>  Imported from original petition Doc# 8 | 207.50 | 0.00 | | 0.00 | FA | 0.00 | 207.50 |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | |
|---|---|
| **Case Number:** 15-31346-JCW | **Trustee:** (530290) Richard M. Mitchell |
| **Case Name:** PEARCE, WILLIAM RUFFIN, JR | **Filed (f) or Converted (c):** 08/28/15 (f) |
| | **§341(a) Meeting Date:** 09/30/15 |
| **Period Ending:** 06/29/18 | **Claims Bar Date:** 12/29/15 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Est Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Abandoned OA=§554(a) DA=§554(c) | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Admin. (FA)/ Gross Value of Remain. Assets | 7<br>Lien Amount | 8<br>Exempt Amount |
|---|---|---|---|---|---|---|---|---|
| 9 | BEDROOMS: chests, dressers, nightstands, bookshe<br>Imported from original petition Doc# 8 | 337.50 | 0.00 | | 0.00 | FA | 0.00 | 337.50 |
| 10 | KITCHEN: refrigerator, microwave, table, chairs,<br>Imported from original petition Doc# 8 | 137.50 | 0.00 | | 0.00 | FA | 0.00 | 137.50 |
| 11 | OTHER ROOMS: desk, console, lamps, accessories,<br>Imported from original petition Doc# 8 | 237.50 | 0.00 | | 0.00 | FA | 0.00 | 237.50 |
| 12 | ATTIC: furniture, collectibles, decorations ($30<br>Imported from original petition Doc# 8 | 150.00 | 0.00 | | 0.00 | FA | 0.00 | 150.00 |
| 13 | BASEMENT: freezer, audio and music equipment ($2<br>Imported from original petition Doc# 8 | 137.50 | 0.00 | | 0.00 | FA | 0.00 | 137.50 |
| 14 | PROPERTY LOCATED OUTSIDE OF HOUSE: power tools,<br>Imported from original petition Doc# 8 | 332.50 | 0.00 | | 0.00 | FA | 0.00 | 332.50 |
| 15 | CD, DVD's, family pictures; miscellaneous books<br>Imported from original petition Doc# 8 | 25.00 | 0.00 | | 0.00 | FA | 0.00 | 25.00 |
| 16 | clothing<br>Imported from original petition Doc# 8 | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| 17 | camera, video camera, photography equipment, mis | 125.00 | 0.00 | | 0.00 | FA | 0.00 | 125.00 |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| | | |
|---|---|---|
| **Case Number:** | 15-31346-JCW | |
| **Case Name:** | PEARCE, WILLIAM RUFFIN, JR | |
| | | |
| **Period Ending:** | 06/29/18 | |

| | | |
|---|---|---|
| **Trustee:** | (530290) | Richard M. Mitchell |
| **Filed (f) or Converted (c):** | 08/28/15 (f) | |
| **§341(a) Meeting Date:** | 09/30/15 | |
| **Claims Bar Date:** | 12/29/15 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Est Net Value<br>(Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Admin. (FA)/ Gross Value of Remain. Assets | 7<br>Lien Amount | 8<br>Exempt Amount |
|---|---|---|---|---|---|---|---|---|
| | Imported from original petition Doc# 8 | | | | | | | |
| 18 | Rollover IRA of William R. Pearce account no. *2<br>Imported from original petition Doc# 8 | 3,727.60 | 0.00 | | 0.00 | FA | 0.00 | 3,727.60 |
| 19 | estimated gross 2014 tax refunds (Federal<br>Imported from original petition Doc# 8  (See Footnote) | 14,476.03 | 14,476.03 | | 9,740.53 | FA | 0.00 | 0.00 |
| 20 | Beneficiary, Elizabeth V. Pearce Revocable Trust<br>Imported from original petition Doc# 8 | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 21 | Equitable Distribution claim and alimony claim a<br>Imported from original petition Doc# 8 | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 22 | Law license, not transferrable, no value<br>Imported from original petition Doc# 8 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 23 | 2000 Ford Expedition Sport Utility, 4D, Automati<br>Imported from original petition Doc# 8 | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 24 | 2008 GMC Yukon SLT Sport Utility 4D, V8, 5.3 lit<br>Imported from original petition Doc# 8 | 5,000.00 | 3 | | 0.00 | FA | 0.00 | 5,000.00 |
| 25 | 3 dogs<br>Imported from original petition Doc# 8 | 1.50 | 0.00 | | 0.00 | FA | 0.00 | 1.50 |
| **25** | **Totals**    Assets    (Excluding unknown values) | **$677,988.38** | **$386,470.58** | | **$390,150.28** | **$0.00** | **$550,399.70** | **$11,509.10** |

Exhibit A

Page: 4

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 15-31346-JCW | **Trustee:** (530290) Richard M. Mitchell | |
| **Case Name:** PEARCE, WILLIAM RUFFIN, JR | **Filed (f) or Converted (c):** 08/28/15 (f) | |
| | **§341(a) Meeting Date:** 09/30/15 | |
| **Period Ending:** 06/29/18 | **Claims Bar Date:** 12/29/15 | |

| 1<br><br>Asset Description<br>(Scheduled And<br>Unscheduled (u) Property)<br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br>Est Net Value<br>(Value Determined<br>By Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Admin. (FA)/<br>Gross Value of<br>Remain. Assets | 7<br>Lien<br>Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|
| RE PROP# 3 | Too small to administer | | | | | | |
| RE PROP# 4 | Too small to administer | | | | | | |
| RE PROP# 5 | Too Small to admininster | | | | | | |
| RE PROP# 19 | Refund lower than estimate. | | | | | | |

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

March 31, 2018 - Quarterly Report - Reviewing documents. Preparing to close.

December 31, 2017 - Semi-Annual Report - Report of Sale filed by John W. Taylor on behalf of Trustee entered on November 15, 2017. Order Confirming Final Report of Public Sale of Property entered on November 28, 2017. Trustee reviewing claims.

September 30, 2017 - Quarterly Report - Trustee filed Report of Public Sale and Motion for Confirmation entered on July 10, 2017. Order Confirming Public Sales of Property entered on July 11, 2017. Trustee filed Amended Report of Public Sale and Motion for Confirmation entered on August 16, 2017. Order Granting Amended Report of Public Sale and Motion for Confirmation entered on August 23, 2017.

June 30, 2017 - Semi-Annual Report - Concluding sale of real estate.

December 31, 2016 - Semi-Annual Report - Motion to Approve Settlement filed by Langdon Cooper entered on December 2, 2016. Liquidating real property.

June 30, 2016 - Semi-Annual Report - Pursuing law suit regarding sale of Wake County, NC property co-owned with non-debtors.

December 31, 2015 - Semi-Annual Report - Liquidating assets and non-exempt equity.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** July 15, 2016 | **Current Projected Date Of Final Report (TFR):** June 30, 2018 | |

June 29, 2018

Date

/s/ Richard M. Mitchell

Richard M. Mitchell

Copy Served On:   Ms. Linda W. Simpson
Bankruptcy Administrator

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 15-31346 JCW | |
| **Case Name:** | PEARCE, WILLIAM RUFFIN, JR | |
| **Taxpayer ID #:** | 30-6505144 | |
| **Period Ending:** | 06/29/18 | |

| | |
|---|---|
| **Trustee:** | Richard M. Mitchell (530290) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******3066 - Checking Account |
| **Blanket Bond:** | $1,200,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/04/16 | {19} | US Treasury - William R Pearce Jr | Non-exempt Tax Refund | 9,740.53 | | 9,740.53 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.24 | 9,730.29 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 15.35 | 9,714.94 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 13.47 | 9,701.47 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 13.45 | 9,688.02 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 15.28 | 9,672.74 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 13.40 | 9,659.34 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 15.23 | 9,644.11 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 13.83 | 9,630.28 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 13.35 | 9,616.93 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 14.71 | 9,602.22 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 13.77 | 9,588.45 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 14.70 | 9,573.75 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 12.85 | 9,560.90 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 14.20 | 9,546.70 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 12.81 | 9,533.89 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 15.08 | 9,518.81 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 13.68 | 9,505.13 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 13.21 | 9,491.92 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 15.01 | 9,476.91 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 13.17 | 9,463.74 |
| 10/20/17 | | Warren,Shackleford & Thomas | Sale Proceeds | 238,478.73 | | 247,942.47 |
| | {2} | | 251,784.75 | | | 247,942.47 |
| | | | Settlement Charges    -764.00 | | | 247,942.47 |
| | | | Payoff First Mortgage    -12,542.02 | | | 247,942.47 |
| 10/20/17 | | Warren,Shackleford & Thomas | Sale Proceeds | 115,612.52 | | 363,554.99 |
| | {2} | | 128,625.00 | | | 363,554.99 |
| | | | Settlement charges    -470.45 | | | 363,554.99 |
| | | | Payoff First Mortgage    -12,542.03 | | | 363,554.99 |
| 10/25/17 | 101 | Iron Horse Auction Co. | | | 40,479.50 | 323,075.49 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 150.33 | 322,925.16 |
| 11/16/17 | 102 | Kyle Pearce | Disbursement Check per Order dated 11/08/2017 | | 84,673.95 | 238,251.21 |
| 11/16/17 | 103 | Kimberly Pearce | Disbursement Check per Order dated 11/08/2017 | | 84,673.95 | 153,577.26 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 423.88 | 153,153.38 |
| 12/22/17 | 104 | JOHN W. TAYLOR, PC | Attorney fees  Per Order Dated 12/22/2017 Doc 57 | | 30,000.00 | 123,153.38 |
| 12/22/17 | 105 | JOHN W. TAYLOR, PC | Attorney Expenses per Order dated 12/22/2017 Doc 57 | | 511.54 | 122,641.84 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 208.55 | 122,433.29 |

Subtotals :        $363,831.78        $241,398.49

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-31346 JCW | **Trustee:** Richard M. Mitchell (530290) |
| **Case Name:** PEARCE, WILLIAM RUFFIN, JR | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******3066 - Checking Account |
| **Taxpayer ID #:** 30-6505144 | **Blanket Bond:** $1,200,000.00  (per case limit) |
| **Period Ending:** 06/29/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|
| 01/04/18 | 106 | United States Treasury | EIN # 30-5605144   2016 Form 1041 | | 4,594.00 | 117,839.29 |
| 01/04/18 | 107 | North Carolina Department of Revenue | EIN # 30-6505144 | | 3,593.00 | 114,246.29 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 186.25 | 114,060.04 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 153.12 | 113,906.92 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 163.83 | 113,743.09 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 158.14 | 113,584.95 |

|  | | | | | |
|---|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 363,831.78 | 250,246.83 | **$113,584.95** |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | **Subtotal** | 363,831.78 | 250,246.83 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$363,831.78** | **$250,246.83** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******3066** | **363,831.78** | **250,246.83** | **113,584.95** |
| | **$363,831.78** | **$250,246.83** | **$113,584.95** |

 

---
June 29, 2018

Date

/s/ Richard M. Mitchell

---

Richard M. Mitchell

# Exhibit C

## Case:  15-31346-JCW    PEARCE, WILLIAM RUFFIN, JR

**Case Balance:**   $113,584.95      **Total Proposed Payment:**  $113,584.95      **Remaining Balance:**      $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 18 | Mecklenburg County Tax Collector | Secured | 48.22 | 48.22 | 0.00 | 48.22 | 48.22 | 113,536.73 |
| A2 | Kyle Pearce | Secured | 84,673.95 | 84,673.95 | 84,673.95 | 0.00 | 0.00 | 113,536.73 |
| | **Claim Memo:**    Per Order dated 11/08/2017 Doc 31 | | | | | | | |
| A3 | Kimberly Pearce | Secured | 84,673.95 | 84,673.95 | 84,673.95 | 0.00 | 0.00 | 113,536.73 |
| | **Claim Memo:**    Per Order Dated 11/08/2017 Doc 31 | | | | | | | |
| | EDWARD P. BOWERS | Admin Ch. 7 | 14.59 | 14.59 | 0.00 | 14.59 | 14.59 | 113,522.14 |
| | <3420-00  Accountant for Trustee Expenses (Other Firm)> | | | | | | | |
| | EDWARD P. BOWERS | Admin Ch. 7 | 1,504.00 | 1,504.00 | 0.00 | 1,504.00 | 1,504.00 | 112,018.14 |
| | <3410-00  Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| | JOHN W. TAYLOR, PC | Admin Ch. 7 | 51.83 | 51.83 | 0.00 | 51.83 | 51.83 | 111,966.31 |
| | <3220-00  Attorney for Trustee Expenses (Other Firm)> | | | | | | | |
| | JOHN W. TAYLOR, PC | Admin Ch. 7 | 511.54 | 511.54 | 511.54 | 0.00 | 0.00 | 111,966.31 |
| | <3220-00  Attorney for Trustee Expenses (Other Firm)> | | | | | | | |
| | **Claim Memo:**    Per Order 12/220/20107 Doc 22 | | | | | | | |
| | JOHN W. TAYLOR, PC | Admin Ch. 7 | 5,944.50 | 5,944.50 | 0.00 | 5,944.50 | 5,944.50 | 106,021.81 |
| | <3210-00  Attorney for Trustee Fees (Other Firm)> | | | | | | | |
| | JOHN W. TAYLOR, PC | Admin Ch. 7 | 45,712.50 | 45,712.50 | 30,000.00 | 15,712.50 | 15,712.50 | 90,309.31 |
| | <3210-00  Attorney for Trustee Fees (Other Firm)> | | | | | | | |
| | **Claim Memo:**    Per order Datedc 12/22/2017 Doc 57 | | | | | | | |
| | North Carolina Department of Revenue | Admin Ch. 7 | 3,593.00 | 3,593.00 | 3,593.00 | 0.00 | 0.00 | 90,309.31 |
| | <2820-00  Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)> | | | | | | | |
| | RICHARD M. MITCHELL | Admin Ch. 7 | 608.61 | 608.61 | 0.00 | 608.61 | 608.61 | 89,700.70 |
| | <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | RICHARD M. MITCHELL | Admin Ch. 7 | 20,442.50 | 20,442.50 | 0.00 | 20,442.50 | 20,442.50 | 69,258.20 |
| | <3110-00  Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | Richard M. Mitchell | Admin Ch. 7 | 11.36 | 11.36 | 0.00 | 11.36 | 11.36 | 69,246.84 |
| | <2200-00  Trustee Expenses> | | | | | | | |
| | Richard M. Mitchell | Admin Ch. 7 | 13,384.38 | 13,384.38 | 0.00 | 13,384.38 | 13,384.38 | 55,862.46 |
| | <2100-00  Trustee Compensation> | | | | | | | |
| | United States Treasury | Admin Ch. 7 | 4,594.00 | 4,594.00 | 4,594.00 | 0.00 | 0.00 | 55,862.46 |
| | <2810-00  Income Taxes - Internal Revenue Service (post-petition)> | | | | | | | |
| A1 | Iron Horse Auction Co. | Admin Ch. 7 | 40,479.50 | 40,479.50 | 40,479.50 | 0.00 | 0.00 | 55,862.46 |
| | <3610-00  Auctioneer for Trustee Fees (including buyers premiums)> | | | | | | | |
| 4 | Internal Revenue Service | Priority | 7,914.66 | 7,914.66 | 0.00 | 7,914.66 | 7,914.66 | 47,947.80 |
| 1 | Cavalry SPV I, LLC | Unsecured | 27,300.54 | 27,300.54 | 0.00 | 27,300.54 | 1,892.29 | 46,055.51 |
| 2 | David R. Badger, P.A. | Unsecured | 1,376.00 | 1,376.00 | 0.00 | 1,376.00 | 95.37 | 45,960.14 |
| 3 | CAROLINAS HEALTHCARE SYSTEM | Unsecured | 350.63 | 350.63 | 0.00 | 350.63 | 24.30 | 45,935.84 |

# Exhibit C

## Case: 15-31346-JCW    PEARCE, WILLIAM RUFFIN, JR

**Case Balance:** $113,584.95    **Total Proposed Payment:** $113,584.95    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 5 | Midland Credit Management Inc as agent | Unsecured | 2,065.43 | 2,065.43 | 0.00 | 2,065.43 | 143.16 | 45,792.68 |
| 6 | J. Ronald Martin, P.A. | Unsecured | 2,260.79 | 2,260.79 | 0.00 | 2,260.79 | 156.70 | 45,635.98 |
| 7 | Bureaus Investment Group Portfolio No 15 LLC | Unsecured | 5,746.69 | 5,746.69 | 0.00 | 5,746.69 | 398.32 | 45,237.66 |
| 8 | HORIZON EYE CARE | Unsecured | 1,080.00 | 1,080.00 | 0.00 | 1,080.00 | 74.86 | 45,162.80 |
| 9 | American Express Centurion Bank | Unsecured | 10,667.97 | 10,667.97 | 0.00 | 10,667.97 | 739.43 | 44,423.37 |
| 10 | American Express Centurion Bank | Unsecured | 1,443.28 | 1,443.28 | 0.00 | 1,443.28 | 100.04 | 44,323.33 |
| 11 | Elizabeth V. Pearce | Unsecured | 618,063.51 | 618,063.51 | 0.00 | 618,063.51 | 42,839.92 | 1,483.41 |
| 12 | Portfolio Recovery Associates, LLC | Unsecured | 1,377.56 | 1,377.56 | 0.00 | 1,377.56 | 95.48 | 1,387.93 |
| 13 | Ashley Funding Services LLC | Unsecured | 404.00 | 404.00 | 0.00 | 404.00 | 28.00 | 1,359.93 |
| 14 | KeyBank N.A. | Unsecured | 5,540.19 | 5,540.19 | 0.00 | 5,540.19 | 384.01 | 975.92 |
| 15 | KeyBank N.A. | Unsecured | 2,289.34 | 2,289.34 | 0.00 | 2,289.34 | 158.68 | 817.24 |
| 16 | Portfolio Recovery Associates, LLC | Unsecured | 6,844.96 | 6,844.96 | 0.00 | 6,844.96 | 474.45 | 342.79 |
| 17 | Portfolio Recovery Associates, LLC | Unsecured | 4,945.50 | 4,945.50 | 0.00 | 4,945.50 | 342.79 | 0.00 |

**Total for Case 15-31346 :**    **$1,005,919.48**    **$1,005,919.48**    **$248,525.94**    **$757,393.54**    **$113,584.95**

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $136,852.31 | $136,852.31 | $79,178.04 | $57,674.27 | 100.000000% |
| Total Priority Claims : | $7,914.66 | $7,914.66 | $0.00 | $7,914.66 | 100.000000% |
| Total Secured Claims : | $169,396.12 | $169,396.12 | $169,347.90 | $48.22 | 100.000000% |
| Total Unsecured Claims : | $691,756.39 | $691,756.39 | $0.00 | $47,947.80 | 6.931313% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-31346-JCW
Case Name: PEARCE, WILLIAM RUFFIN, JR
Trustee Name: Richard M. Mitchell

**Balance on hand:** $ 113,584.95

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| 18 | Mecklenburg County Tax Collector | 48.22 | 48.22 | 0.00 | 48.22 |

Total to be paid to secured creditors: $ 48.22
Remaining balance: $ 113,536.73

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - Richard M. Mitchell | 13,384.38 | 0.00 | 13,384.38 |
| Trustee, Expenses - Richard M. Mitchell | 11.36 | 0.00 | 11.36 |
| Attorney for Trustee, Fees - JOHN W. TAYLOR, PC | 51,657.00 | 30,000.00 | 21,657.00 |
| Attorney for Trustee, Expenses - JOHN W. TAYLOR, PC | 51.83 | 0.00 | 51.83 |
| Accountant for Trustee, Fees - EDWARD P. BOWERS | 1,504.00 | 0.00 | 1,504.00 |
| Accountant for Trustee, Expenses - EDWARD P. BOWERS | 14.59 | 0.00 | 14.59 |
| Attorney for Trustee Fees - RICHARD M. MITCHELL | 20,442.50 | 0.00 | 20,442.50 |
| Attorney for Trustee Expenses - RICHARD M. MITCHELL | 608.61 | 0.00 | 608.61 |

Total to be paid for chapter 7 administration expenses: $ 57,674.27
Remaining balance: $ 55,862.46

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 55,862.46

**USBA Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,914.66 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Internal Revenue Service | 7,914.66 | 0.00 | 7,914.66 |

Total to be paid for priority claims: **$**    7,914.66

Remaining balance: **$**    47,947.80

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 691,756.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 27,300.54 | 0.00 | 1,892.29 |
| 2 | David R. Badger, P.A. | 1,376.00 | 0.00 | 95.37 |
| 3 | CAROLINAS HEALTHCARE SYSTEM | 350.63 | 0.00 | 24.30 |
| 5 | Midland Credit Management Inc as agent | 2,065.43 | 0.00 | 143.16 |
| 6 | J. Ronald Martin, P.A. | 2,260.79 | 0.00 | 156.70 |
| 7 | Bureaus Investment Group Portfolio No 15 LLC | 5,746.69 | 0.00 | 398.32 |
| 8 | HORIZON EYE CARE | 1,080.00 | 0.00 | 74.86 |
| 9 | American Express Centurion Bank | 10,667.97 | 0.00 | 739.43 |
| 10 | American Express Centurion Bank | 1,443.28 | 0.00 | 100.04 |
| 11 | Elizabeth V. Pearce | 618,063.51 | 0.00 | 42,839.92 |
| 12 | Portfolio Recovery Associates, LLC | 1,377.56 | 0.00 | 95.48 |
| 13 | Ashley Funding Services LLC | 404.00 | 0.00 | 28.00 |
| 14 | KeyBank N.A. | 5,540.19 | 0.00 | 384.01 |
| 15 | KeyBank N.A. | 2,289.34 | 0.00 | 158.68 |
| 16 | Portfolio Recovery Associates, LLC | 6,844.96 | 0.00 | 474.45 |

| 17 | Portfolio Recovery Associates, LLC | 4,945.50 | 0.00 | 342.79 |
|---|---|---|---|---|

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 47,947.80 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**USBA Form 101-7-TFR (05/1/2011)**